THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR18-0023-JCC |
| Plaintiff, | ORDER |
| v. | |
| ELMER TULIO AGUILAR-RIVAS, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion to extend the indictment deadlines in this matter (Dkt. No. 17). Having thoroughly considered the motion, Defendant's waiver of speedy indictment (Dkt. No. 18), and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

The Court concludes that it would be unreasonable to require the filing of an indictment within the period required by statute because of the need for further case evaluation prior to an indictment. Without an extension, the government and defense counsel would be denied the reasonable time necessary to discuss defenses, to pursue negotiations, and for effective preparation, taking into account the exercise of due diligence. Therefore, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy indictment.

The Court therefore ORDERS that the date on or before an indictment must be filed is

ORDER
CR18-0023-JCC
PAGE - 1

1 | hereby EXTENDED from March 1, 2018 to April 2, 2018.
2 | The Court further ORDERS that period of delay from March 1 to April 2, 2018, is
3 | excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A) for the purpose of computing the time
4 | limitations imposed by the Speedy Trial Act.
5 | DATED this 27th day of February 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE